# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| SB AUTO INVESTORS, LLC D/B/A MERCEDES-BENZ OF SOUTH CHARLOTTE,<br><br>  Plaintiff,<br><br>                v.<br><br>LAURIE HECK, RYAN HECK, and CAR EXPO US INC.,<br><br>  Defendants. | C/A No. 4:20-cv-02191-KDW |

## MOTION TO WITHDRAW AS ATTORNEY

Robert C. Byrd herewith moves and gives notice that John G. Tamasitis, counsel of record for the Plaintiff, SB Auto Investors, LLC d/b/a Mercedes-Benz of South Charlotte, in the above-referenced action, is no longer associated with the law firm of Parker Poe Adams & Bernstein LLP and moves and requests that John G. Tamasitis be removed from the list of parties receiving electronic notice of filings.

Parker Poe Adams & Bernstein LLP and attorney Robert C. Byrd continue to represent the Plaintiff.

This the 4th day of May, 2021.

                                              s/ Robert C. Byrd
                                              Robert C. Byrd (Fed. Id. #1643)
                                              PARKER POE ADAMS & BERNSTEIN LLP
                                              200 Meeting Street, Suite 301
                                              Charleston, SC 29401
                                              Telephone: (843) 727-2650
                                              Facsimile: (843) 727-2680
                                              bobbybyrd@parkerpoe.com

                                              *Attorneys for the Plaintiff*
                                              *SB Auto Investors, LLC d/b/a Mercedes-Benz of South Charlotte*

PPAB 6289407v1